UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN DOYLE BURTON, | Case No.: 16cv2321-LAB (AGS) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION; AND** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| Defendant. | |

    Petitioner Steven Burton, a prisoner in state custody, filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction for selling cocaine. The matter was referred to Magistrate Judge Andrew Schopler for report and recommendation. On November 2, 2017, Judge Shopler issued his report and recommendation (the "R&R"). Doyle then filed a motion for a certificate of appealability in a different criminal case.[1] The Court denied the certificate of appealability, noting both that no final order had been issued, and that Doyle had

---

[1] It was clear this is what he intended it to be, because he labeled it as such, discussed the rule requiring the grant or denial of such a certificate, and concluded with a formal request that the Court issue one.

apparently filed the request in the wrong case. The Court also *sua sponte* extended the time for Doyle to file objections to the R&R, to December 15, 2017.

Doyle has not filed any objections, nor sought an extension of time to do so, nor filed anything else since then.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The law does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

Because Burton has filed no objections, the Court is not obligated to conduct a de novo review of the R&R. Nevertheless, the Court reviewed the R&R, finds it to be correct, and **ADOPTS** it. The petition is **DENIED** and a certificate of appealability is also **DENIED**.

**IT IS SO ORDERED**.

Dated: March 1, 2018

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge